AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 1 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**UNITED STATES OF AMERICA**       JUDGMENT OF ACQUITTAL

V.

YOLANDA SUMMONS      CASE NUMBER:    4:07CR00308-02-WRW

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

ON COUNT 2 OF THE INDICTMENT

_____
Signature of Judicial Officer

William R. Wilson Jr. - District Judge
Name and Title of Judicial Officer

December 1, 2008
Date